# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON,<br><br>Plaintiff,<br><br>v.<br><br>MERIT SYSTEM PROTECTION BOARD,<br><br>Defendant. | Case No. 1:26-cv-02018-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 5) |

On April 17, 2026, Plaintiff filed a "Request for Voluntary Dismissal," notifying the Court that this case is voluntarily dismissed. (Doc. 5). Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **April 21, 2026**          /s/ *Sheila K. Oberto*
                         UNITED STATES MAGISTRATE JUDGE